LAQUER, URBAN, CLIFFORD & HODGE LLP
Susan Graham Lovelace, Esq., State Bar #160913
Jacqueline L. Norlin, Esq., State Bar #245840
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Email:  Norlin@luch.com

JS-6

Attorneys for Plaintiffs, Trustees of the
Southern California IBEW-NECA Pension Plan

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN,<br><br>   Plaintiff,<br><br>   vs.<br><br>DALE MASUDA, an individual,<br><br>   Defendant. | CASE NO. CV 08-01830 ODW (AJWx)<br><br>ASSIGNED TO THE HONORABLE OTIS D. WRIGHT II, UNITED STATES DISTRICT COURT JUDGE<br><br>[~~PROPOSED~~] JUDGMENT |

This action having been commenced on February 22, 2008, and the Court having approved the stipulation of the parties for entry of judgment with stay of execution, and for good cause shown,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiff Trustees of the Southern California IBEW-NECA Pension Plan shall receive from Dale Masuda, an individual, the principal amount of $49,244.87, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum from May 1, 2008, until paid in full.

DATED: June 06, 2008

_____
UNITED STATES DISTRICT JUDGE

136165.1